UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOEL UVILES, on behalf of himself and all
others similarly situated,

                                                                 JUDGMENT

                       Plaintiff,                                19-cv-3911 (BMC)
   v.

CITY OF NEW YORK and ANTHONY J.
ANNUCCI, Acting Commissioner for the
New York State Department of Corrections
and Community Supervision, in his official capacity,

                       Defendants.
----------------------------------------------------------------X

       A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge having been filed on April 20, 2020, granting Defendants' motions to dismiss; and dismissing this action; it is

       ORDERED and ADJUDGED that Defendants' motions to dismiss are granted; and that this action is dismissed.

Dated: Brooklyn, New York                              Douglas C. Palmer
       April 21, 2020                                        Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk