UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOEL UVILES, *on behalf of himself and*
*all others similarly situated*,                                          JUDGMENT

                                Plaintiff,                                  19-cv-3911 (BMC)

     v.

CITY OF NEW YORK and ANTHONY J.
ANNUCCI, *Acting Commissioner for the*
*New York State Department of Corrections and*
*Community Supervision, in his official capacity*,

                                Defendants.
----------------------------------------------------------------X

         A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on May 5, 2023, granting Defendants' motions for summary judgment; denying plaintiff's motion for summary judgment; dismissing this case; it is

         ORDERED and ADJUDGED that Defendants' motions for summary judgment are granted; that plaintiff's motion for summary judgment is denied; and that this case is dismissed.

Dated: Brooklyn, New York                                        Brenna B. Mahoney
        May 8, 2023                                                  Clerk of Court

                                                            By:     */s/Jalitza Poveda*
                                                                          Deputy Clerk